ADAM PAUL LAXALT
  Attorney General
VIVIENNE RAKOWSKY
  Deputy Attorney General
Nevada Bar No. 009160
555 E. Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3103
(702) 486-3416 (fax)
VRakowsky@ag.nv.gov
PETER KEEGAN
  Deputy Attorney General
Nevada Bar No. 12237
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1153
(775) 684-1156 (fax)
PKeegan@ag.nv.gov
*Attorneys State Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HELEN ARMSTRONG,<br><br>    Plaintiff(s),<br><br>vs.<br><br>TERRY REYNOLDS, in his individual capacity and as Deputy Director of Nevada Department of Business and Industry; STEVE GEORGE, in his individual capacity and as an Administrator of the Nevada Division of Industrial Relations; JESS LANKFORD, in his individual capacity and as Chief Administrative Officer of Nevada OSHA; and LARA PELLEGRINI, in her individual capacity and as Whistleblower Chief Investigator of Nevada OSHA; DOES I through X, unknown individuals, and ROES XI through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown,<br><br>    Defendant(s). | Case No. 2:17-cv-02528 |

**STIPULATION AND ORDER TO CONTINUE DATE TO RESPOND TO COMPLAINT AGAINST TERRY REYNOLDS, STEVE GEORGE, JESS LANKFORD AND LARA PELLEGRINI UNTIL NOVEMBER 16, 2017 (FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by and between DEFENDANTS **TERRY REYNOLDS,** Deputy Director of Nevada Department of Business and Industry; **STEVE GEORGE**, Administrator of the Nevada Division of Industrial Relations; **JESS LANKFORD,** Chief Administrative Officer of Nevada OSHA; and **LARA PELLEGRINI**, Whistleblower Chief Investigator of Nevada OSHA (collectively the "State Defendants"), by and through counsel, Adam Paul Laxalt, Attorney General, Deputy Attorney General Vivienne Rakowsky, Deputy Attorney General Peter Keegan, and PLAINTIFF **HELEN ARMSTRONG**, by and through counsel, Joel F. Hansen of Cooper Levenson, P.A., that the date for State Defendants to respond to the Complaint (ECF No. 1) will be continued to November 16, 2017.

Good cause exists to continue the date to respond to the Complaint based on the time necessary to gather information from four different State Defendants and respond.

This Stipulation is entered into this 25th day of October, 2017.

| | |
|---|---|
| **COOPER LEVENSON, P.A.** | **ADAM PAUL LAXALT,** *Attorney General* |
| /s/ Joel F. Hansen | /s/ Vivienne Rakowsky |
| **JOEL F. HANSEN, ESQ.**<br>Nevada Bar No.: 1876<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>(702) 366-1125<br>*Attorneys for Plaintiff* | **VIVENNE RAKOWSKY, DAG**<br>Nevada Bar No.: 009160<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, Nevada 89101<br>(702) 486-3103<br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

DATED this October 26 _____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE