**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**COOPER LEVENSON, P.A.**
1835 Village Center Circle
Las Vegas, NV 89134
(702) 366-1125: office
(702) 366-1857: facsimile
jjhansen@cooperlevenson.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| HELEN ARMSTRONG<br><br>Plaintiff,<br><br>v.<br><br>TERRY REYNOLDS, in his individual capacity and as Deputy Director of Nevada division of Business and Industry; STEVE GEORGE, in his individual capacity and as an administrator of the Nevada Division of Industrial Relations; JESS LANKFORD, in his individual capacity and as Chief Administrative Officer of Nevada OSHA; and LARA PELLEGRINI, in her individual capacity and as Whistleblower Chief Investigator of Nevada OSHA, DOES I through X, unknown individuals, and ROES XI through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown;<br><br>Defendants. | Case No.: 2:17-cv-02528-APG-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE DATE TO RESPOND TO MOTION TO DISMISS**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED between Defendants TERRY REYNOLDS, Deputy Director of Nevada division of Business and Industry; STEVE GEORGE, Administrator of the Nevada Division of Industrial Relations; JESS LANKFORD, Chief Administrative Officer of Nevada OSHA; and LARA PELLEGRINI, Whistleblower Chief Investigator of Nevada OSHA, by and through their counsel, Adam Paul Laxalt, Attorney General, and Deputy Attorney General Vivienne Rakowsky, and Plaintiff HELEN ARMSTRONG, by and through her counsel, Joel F.

Hansen of Cooper Levenson, P.A., that due to the fact that the Plaintiff's attorney, Joel F. Hansen, Esq. has been suffering from continuing back pain, that the parties stipulate that Plaintiff shall have until January 19, 2018 to respond to Defendants' Motion to Dismiss.

Good cause exists to continue the date for the Plaintiff to respond to Defendants' Motion to Dismiss due to Plaintiff's attorney, Joel F. Hansen, suffering from back pain and this is why the stipulation is entered into this 19th day of December, 2017.

| | |
|---|---|
| COOPER LEVENSON, P.A. | ADAM PAUL LAXALT, *Attorney General* |
| */s/* Joel F. Hansen | */s/* Vivienne Rakowsky |
| JOEL F. HANSEN, ESQ.<br>Nevada Bar No. 1876<br>1835 Village Center Circle<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff* | VIVIENNE RAKOWSKY, DAG<br>Nevada Bar No. 9160<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* |

**<u>ORDER</u>**

IT IS SO ORDERD.

Dated: December 20, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE