# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HELEN ARMSTRONG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TERRY REYNOLDS, et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02528-APG-CWH<br><br>**ORDER REGARDING MOTIONS TO EXCEED PAGE LIMITS**<br><br>(ECF Nos. 35, 42) |

　　　　The defendants filed a motion for leave to file a 40-page motion to dismiss. ECF No. 35. I grant that motion, reluctantly. The plaintiff now seeks leave to file a 51-page opposition, which is more than double the page limit allowed by the local rules. ECF No 42. I reluctantly grant that motion in part. The plaintiff may file a 40-page opposition to the motion to dismiss. In order to give the plaintiff's counsel time to edit his brief in compliance with this order, I will allow the plaintiff one additional week (until January 26, 2018) to file the opposition. The defendants' reply is limited to 20 pages. I remind the parties that I am familiar with the standards for considering motions to dismiss, so they need not waste paper telling me what it is.

　　　　DATED this 19th day of January, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE