ADAM PAUL LAXALT
   Attorney General
VIVIENNE RAKOWSKY
   Deputy Attorney General
Nevada Bar No. 009160
555 E. Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3103
(702) 486-3416 (fax)
VRakowsky@ag.nv.gov
PETER KEEGAN
   Deputy Attorney General
Nevada Bar No. 12237
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1153
(775) 684-1156 (fax)
PKeegan@ag.nv.gov
*Attorneys State Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HELEN ARMSTRONG,<br><br>    Plaintiff(s),<br><br>vs.<br><br>TERRY REYNOLDS, in his individual capacity and as Deputy Director of Nevada Department of Business and Industry; STEVE GEORGE, in his individual capacity and as an Administrator of the Nevada Division of Industrial Relations; JESS LANKFORD, in his individual capacity and as Chief Administrative Officer of Nevada OSHA; and LARA PELLEGRINI, in her individual capacity and as Whistleblower Chief Investigator of Nevada OSHA; DOES I through X, unknown individuals, and ROES XI through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown,<br><br>    Defendant(s). | Case No. 2:17-cv-02528-APG-CWH<br><br><br>**ORDER** |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between DEFENDANTS **TERRY REYNOLDS,** Deputy Director of Nevada Department of Business and Industry; **STEVE GEORGE,** Administrator of the Nevada Division of Industrial Relations; **JESS LANKFORD,** Chief Administrative Officer of Nevada OSHA; and **LARA PELLEGRINI,** Whistleblower Chief Investigator of Nevada OSHA (collectively the "State Defendants"), by and through counsel, Adam Paul Laxalt, Attorney General, Deputy Attorney General Vivienne Rakowsky, Deputy Attorney General Peter Keegan, and PLAINTIFF **HELEN ARMSTRONG**, by and through counsel, Joel F. Hansen of Cooper Levenson, P.A., that:

1) If Plaintiff's Leave to File Amended Complaint (ECF No. 45) is not granted, the Parties agree that the State Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint (ECF No. 44) will not be due until 30 days after the Court files its Order denying Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 45);

2) If Plaintiff's Leave to File Amended Complaint (ECF No. 45) is granted, the Parties agree that the State Defendants' response to the Amended Complaint will not be due until 30 days after the Amended Complaint is filed.

3) If Plaintiff's Leave to File Amended Complaint (ECF No. 45) is granted and State Defendants file a Motion to Dismiss Amended Complaint, the Parties agree that the Plaintiff will have 30 days to respond after a Motion to Dismiss Amended Complaint is filed.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

Good causes exists to extend the date for the Defendants' brief in Reply to Plaintiffs Opposition to Defendants' Motion to Dismiss (ECF No. 44) pending the outcome of the Plaintiffs Motion for leave to file an amended Complaint. (ECF No.45). If this Court grants the Plaintiff's Motion for Leave, the Amended Complaint would supersede the original Complaint and the Defendants would need adequate time to respond to the Amended Complaint.

This Stipulation is entered into this 1st day of February, 2018.

| | |
|---|---|
| **COOPER LEVENSON, P.A.** | **ADAM PAUL LAXALT,** *Attorney General* |
| /s/ Joel F. Hansen | /s/ Vivienne Rakowsky |
| **JOEL F. HANSEN, ESQ.**<br>Nevada Bar No.: 1876<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>(702) 366-1125<br>*Attorneys for Plaintiff* | **VIVENNE RAKOWSKY, DAG**<br>Nevada Bar No.: 009160<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, Nevada 89101<br>(702) 486-3103<br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

Dated: February 2, 2018,

_____
UNITED STATES DISTRICT COURT JUDGE