ADAM PAUL LAXALT
  Attorney General
VIVIENNE RAKOWSKY
  Deputy Attorney General
Nevada Bar No. 009160
555 E. Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3103
(702) 486-3416 (fax)
VRakowsky@ag.nv.gov
PETER KEEGAN
  Deputy Attorney General
Nevada Bar No. 12237
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1153
(775) 684-1156 (fax)
PKeegan@ag.nv.gov
*Attorneys State Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HELEN ARMSTRONG, | Case No. 2:17-cv-02528-APG-CWH |
| Plaintiff(s), | |
| vs. | |
| TERRY REYNOLDS, in his individual capacity and as Deputy Director of Nevada Department of Business and Industry; STEVE GEORGE, in his individual capacity and as an Administrator of the Nevada Division of Industrial Relations; JESS LANKFORD, in his individual capacity and as Chief Administrative Officer of Nevada OSHA; and LARA PELLEGRINI, in her individual capacity and as Whistleblower Chief Investigator of Nevada OSHA; DOES I through X, unknown individuals, and ROES XI through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown, | |
| Defendant(s). | |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between DEFENDANTS **TERRY REYNOLDS**, Deputy Director of Nevada Department of Business and Industry; **STEVE GEORGE**, Administrator of the Nevada Division of Industrial Relations; **JESS LANKFORD**, Chief Administrative Officer of Nevada OSHA; and **LARA PELLEGRINI**, Whistleblower Chief Investigator of Nevada OSHA (collectively the "State Defendants"), by and through counsel, Adam Paul Laxalt, Attorney General, Deputy Attorney General Vivienne Rakowsky, Deputy Attorney General Peter Keegan, and PLAINTIFF **HELEN ARMSTRONG**, by and through counsel, Joel F. Hansen of Cooper Levenson, P.A., that:

1) The date for State Defendants to respond to the Motion for Leave to File Amended Complaint (ECF No. 45) will be continued to February 23, 2018; and

2) Plaintiff then has 14 days to respond to the State Defendants' Opposition to Motion for Leave to File Amended Complaint.

Good cause exists to continue State Defendants' response to the Motion for Leave to File Amended Complaint (ECF No. 45) to be continued to February 23, 2018 as Deputy Attorney General Peter Keegan is on Annual Leave and will not return until February 14, 2018.

This Stipulation is entered into this 1st day of February, 2018.

| | |
|---|---|
| **COOPER LEVENSON, P.A.** | **ADAM PAUL LAXALT,** *Attorney General* |
| /s/ Joel F. Hansen | /s/ Vivienne Rakowsky |
| **JOEL F. HANSEN, ESQ.** <br> Nevada Bar No.: 1876 <br> 1835 Village Center Circle <br> Las Vegas, Nevada 89134 <br> (702) 366-1125 <br> *Attorneys for Plaintiff* | **VIVENNE RAKOWSKY, DAG** <br> Nevada Bar No.: 009160 <br> 555 E. Washington Avenue, Suite 3900 <br> Las Vegas, Nevada 89101 <br> (702) 486-3103 <br> *Attorneys for Defendants* |

IT IS SO ORDERED.

DATED: February 6, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE