JOEL F. HANSEN, ESQ.
Nevada Bar No. 1876
**COOPER LEVENSON, P.A.**
1835 Village Center Circle
Las Vegas, NV  89134
(702) 366-1125: office
(702) 366-1857: facsimile
jjhansen@cooperlevenson.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| HELEN ARMSTRONG<br><br>Plaintiff,<br><br>v.<br><br>TERRY REYNOLDS, in his individual capacity and as Deputy Director of Nevada division of Business and Industry; STEVE GEORGE, in his individual capacity and as an administrator of the Nevada Division of Industrial Relations; JESS LANKFORD, in his individual capacity and as Chief Administrative Officer of Nevada OSHA; and LARA PELLEGRINI, in her individual capacity and as Whistleblower Chief Investigator of Nevada OSHA, DOES I through X, unknown individuals,  and ROES XI through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown;<br><br>Defendants. | Case No.:  2:17-cv-02528<br><br>**STIPULATION AND ORDER TO CONTINUE DATE TO RESPOND TO DEFENDANTS' OPPOSITION TO MOTION TO AMEND COMPLAINT [#50]**<br>**(First Request)**<br><br>(Oral Argument Requested) |

IT IS HEREBY STIPULATED AND AGREED between Defendants TERRY REYNOLDS, Deputy Director of Nevada division of Business and Industry; STEVE GEORGE, Administrator of the Nevada Division of Industrial Relations; JESS LANKFORD, Chief Administrative Officer of Nevada OSHA; and LARA PELLEGRINI, Whistleblower Chief Investigator of Nevada OSHA, by and through their counsel, Adam Paul Laxalt, Attorney General, and Deputy Attorney General Vivienne Rakowsky, and Plaintiff HELEN ARMSTRONG, by and through her counsel, Joel F.

Hansen of Cooper Levenson, P.A., that the parties stipulate that Plaintiff shall have until March 16, 2018 to respond to Defendants' Opposition to Motion to Amend Complaint.

Parties are requesting that this motion be scheduled for oral argument.

Good cause exists to extend the date for the Plaintiff's response to Defendants' Opposition to Motion to Amend Complaint (ECF No. 50).

This Stipulation is entered into this 2nd day of March, 2018.

| COOPER LEVENSON, P.A. | ADAM PAUL LAXALT, *Attorney General* |
|---|---|
| */s/* Joel F. Hansen | */s/* Vivienne Rakowsky |
| JOEL F. HANSEN, ESQ.<br>Nevada Bar No. 1876<br>1835 Village Center Circle<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff* | VIVIENNE RAKOWSKY, DAG<br>Nevada Bar No. 9160<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

DATED: March 6, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

CLAC 4375152.1	2