UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HELEN ARMSTRONG,<br><br>        Plaintiff,<br><br>v.<br><br>TERRY REYNOLDS, et al.,<br><br>        Defendants. | Case No. 2:17-cv-02528-APG-CWH<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(ECF No. 39) |

In light of the amended complaint (ECF No. 55),

IT IS ORDERED that the defendants' motion to dismiss (ECF No. 39) is DENIED as moot because it is directed at the original complaint.

DATED this 2nd day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE