ADAM PAUL LAXALT
  Attorney General
VIVIENNE RAKOWSKY
  Deputy Attorney General
Nevada Bar No. 009160
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3103
VRakowsky@ag.nv.gov
PETER KEEGAN
  Deputy Attorney General
Nevada Bar No. 12237
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1153
PKeegan@ag.nv.gov
*Attorneys State Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HELEN ARMSTRONG,<br><br>    Plaintiff(s),<br><br>vs.<br><br>TERRY REYNOLDS, in his individual capacity and as Deputy Director of Nevada Department of Business and Industry; STEVE GEORGE, in his individual capacity and as an Administrator of the Nevada Division of Industrial Relations; JESS LANKFORD, in his individual capacity and as Chief Administrative Officer of Nevada OSHA; and LARA PELLEGRINI, in her individual capacity and as Whistleblower Chief Investigator of Nevada OSHA; DOES I through X, unknown individuals, and ROES XI through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown,<br><br>    Defendant(s). | Case No. 2:17-cv-02528<br><br>**STIPULATION AND ORDER TO CONTINUE DATE TO RESPOND TO AMENDED COMPLAINT [#57] UNTIL MAY 8, 2018**<br><br>**FIRST REQUEST** |

/ / /

# STIPULATION AND ORDER TO CONTINUE DATE TO RESPOND TO AMENDED COMPLAINT [#55] UNTIL MAY 8, 2018

IT IS HEREBY STIPULATED AND AGREED by and between DEFENDANTS, TERRY REYNOLDS, STEVE GEORGE, JESS LANKFORD, and LARA PELLEGRINI, by and through counsel, Adam Paul Laxalt, Attorney General, Deputy Attorney General Vivienne Rakowsky, Deputy Attorney General Peter Keegan, and PLAINTIFF, HELEN ARMSTRONG, by and through counsel, Joel F. Hansen of Cooper Levenson, P.A., that the date for DEFENDANTS to respond to the Amended Complaint [#55] will be Tuesday, May 8, 2018. The parties further agree and stipulate that PLAINTIFF shall have until June 1, 2018, to respond to any motion filed by DEFENDANTS.

Good cause exists to continue the date to respond to the Amended Complaint [#55] based on the time necessary to gather information from four different State Defendants and respond.

This Stipulation is entered into this 6th day of April 2018.

| | |
|---|---|
| **COOPER LEVENSON, P.A.** | **ADAM PAUL LAXALT,**<br>**Attorney General** |
| /s/ Joel F. Hansen | /s/ Vivienne Rakowsky |
| **JOEL F. HANSEN, ESQ.** | **VIVIENNE RAKOWSKY, DAG** |
| Nevada Bar No.: 1876 | Nevada Bar No.: 009160 |
| 1835 Village Center Circle | 555 E. Washington Ave., Ste. 3900 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89101 |
| (702) 366-1125 | (702) 486-3103 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## ORDER

IT IS SO ORDERED.

DATED this April 10, _____ 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Page **2** of **2**