**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**COOPER LEVENSON, P.A.**
1835 Village Center Circle
Las Vegas, NV 89134
(702) 366-1125: office
(702) 366-1857: facsimile
jjhansen@cooperlevenson.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| HELEN ARMSTRONG<br><br>Plaintiff,<br><br>v.<br><br>TERRY REYNOLDS, in his individual capacity and as Deputy Director of Nevada division of Business and Industry; STEVE GEORGE , in his individual capacity and as an administrator of the Nevada Division of Industrial Relations; LANKFORD, in his individual capacity and as Chief Administrative Officer of Nevada OSHA; and LARA PELLEGRINI, in her individual capacity and as Whistleblower Chief Investigator of Nevada OSHA, DOES I through X, unknown individuals, and ROES XI through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown;<br><br>Defendants. | CASE NO. 2:17-cv-02528 -APG-CWH<br><br>**ERRATA TO STIPULATION AND ORDER TO CONTINUE DATE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT [#65] AND MOTION TO STRIKE TRANSCRIPTS [#66] UNTIL JUNE 22, 2018**<br>**CHANGING DUE DATE FOR DEFENDANTS' REPLY TO JULY 22, 2018** |

IT IS HEREBY STIPULATED AND AGREED by and between PLAINTIFF, HELEN ARMSTRONG, by and through counsel, Joel F. Hansen of Cooper Levenson, P.A., and DEFENDANTS, TERRY REYNOLDS, STEVE GEORGE, JESS LANKFORD, and LARA PELLEGRINI, by and through counsel, Adam Paul Laxalt, Attorney, General, Deputy Attorney General Vivienne Rakowsky, Deputy Attorney General Peter Keegan, that the date for Plaintiff to respond to the Defendants' Motion to Dismiss Amended Complaint [#65] and Motion to Strike

1

Transcripts [#66] will be Friday, June 22, 2018.  The parties further agree and stipulate that Defendants shall have until July 22, 2018 to respond to the Plaintiff's Opposition to these motions.

Good cause exists to continue the date to respond to the Defendants' Motions because it was originally anticipated that Plaintiff would only need to respond to one motion, but the additional motion which Plaintiff will have to respond to will require much more time, which must be expended during the same period.  Defendants have no objection to the granting of this extra time.

| COOPER LEVENSON, P.A. | ADAM LAXALT, |
| --- | --- |
| | Attorney General |
| */s/ Joel F. Hansen*_____ | */s/ Vivienne Rakowsky*_____ |
| JOEL F. HANSEN, ESQ. | VIVIENNE RAKOWKSY, DAG |
| Nevada Bar No. 1876 | Nevada Bar No. 009160 |
| 1835 Village Center Circle | 555 E. Washington Ave., Ste. 3900 |
| Las Vegas, NV  89134 | Las Vegas, NV  89101 |
| (702) 366-1125 | (702) 486-3103 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED**

Dated: May 24, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE