**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN & HANSEN, LLC**
9030 W. Cheyenne Ave. #210
Las Vegas, NV 89129
(702) 906-1300: office
(702) 620-5732: facsimile
jfhansen@hansenlawyers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| HELEN ARMSTRONG<br><br>Plaintiff,<br><br>v.<br><br>TERRY REYNOLDS, in his individual capacity and as Deputy Director of Nevada division of Business and Industry; STEVE GEORGE , in his individual capacity and as an administrator of the Nevada Division of Industrial Relations; LANKFORD, in his individual capacity and as Chief Administrative Officer of Nevada OSHA; and LARA PELLEGRINI, in her individual capacity and as Whistleblower Chief Investigator of Nevada OSHA, DOES I through X, unknown individuals, and ROES XI through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown;<br><br>Defendants. | CASE NO. 2:17-cv-02528 |

## **EMERGENCY MOTION OR REQUEST TO EXTEND TIME**

COMES NOW, Plaintiff, HELEN ARMSTRONG, and requests this Court to extend the time it has allotted for her to submit an amended complaint setting forth amended causes of action under Counts I, IV, V, VI, and X.

This Court had the final pleading regarding Defendants' Motion to Dismiss, Defendants' Reply in Support of their Motion to Dismiss, before it on July 23, 2018, a period of 7 ½ months,

1

approximately 224 days. But the Court has only given the Plaintiff 23 days, that is, until March 29, 2019, to "cure the defects" present in the Amended Complaint.

Plaintiff's attorney, Joel F. Hansen, recently left his former firm, Cooper Levenson, PA, and formed Hansen & Hansen Lawyers, LLC. The move took place on February 4, 2019. Mr. Hansen has been heavily involved in getting his new firm up and running and has not had the proper amount of time available to work on preparing the response required by the Court. Thus, the necessity of additional time in which to respond to this Court's order.

Wherefore, it is respectfully requested that this Court grant an additional 28 days, until and including April 29, 2019, in which Plaintiff may prepare and file the Amended Complaint asked for by this Court. This request is made pursuant to FRCP 6(b).

DATED this 26th day of March 2019.

                              Respectfully submitted:

                              HANSEN & HANSEN, LLC

BY:  /s/ Joel F. Hansen_____
       JOEL F. HANSEN, ESQ.
       Nevada Bar No. 1876
       9030 W. Cheyenne Ave. #210
       Las Vegas, NV 89129
       Attorney for Plaintiff

IT IS SO ORDERED.

DATED: March 26, 2019

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing EMERGENCY MOTION OR REQUEST TO EXTEND TIME with the Clerk of the Court by using the electronic filing system on the 26th day of March 2019.

Registered electronic filing system users will be served electronically.

/s/ Lisa M. Sabin
An Employee of Hansen & Hansen, LLC