# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HELEN ARMSTRONG,<br><br>Plaintiff<br><br>v.<br><br>TERRY REYNOLDS, et al.,<br><br>Defendants | Case No.: 2:17-cv-02528-APG-CWH<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 80] |

IT IS ORDERED that plaintiff Helen Armstrong's motion to extend time **(ECF No. 80) is GRANTED**.

DATED this 2nd day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE