AARON D. FORD
  Attorney General
VIVIENNE RAKOWSKY
  Deputy Attorney General
Nevada Bar No. 009160
555 E. Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3103
(702) 486-3416 (fax)
VRakowsky@ag.nv.gov
PETER KEEGAN
  Deputy Attorney General
Nevada Bar No. 12237
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1153
(775) 684-1156 (fax)
PKeegan@ag.nv.gov
*Attorneys State Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HELEN ARMSTRONG,<br><br>        Plaintiff(s),<br><br>vs.<br><br>TERRY REYNOLDS, in his individual capacity and as Deputy Director of Nevada Department of Business and Industry; STEVE GEORGE, in his individual capacity and as an Administrator of the Nevada Division of Industrial Relations; JESS LANKFORD, in his individual capacity and as Chief Administrative Officer of Nevada OSHA; and LARA PELLEGRINI, in her individual capacity and as Whistleblower Chief Investigator of Nevada OSHA; DOES I through X, unknown individuals, and ROES XI through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown,<br><br>        Defendant(s). | Case No. 2:17-cv-02528-APG-CWH |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' RENEWED MOTION TO STRIKE TRANSCRIPTS OF UNLAWFUL TELEPHONE RECORDINGS**

IT IS HEREBY STIPULATED AND AGREED by and between DEFENDANTS **TERRY REYNOLDS,** Deputy Director of Nevada Department of Business and Industry; **STEVE GEORGE**, Administrator of the Nevada Division of Industrial Relations; **JESS LANKFORD,** Chief Administrative Officer of Nevada OSHA; and **LARA PELLEGRINI**, Whistleblower Chief Investigator of Nevada OSHA (collectively the "State Defendants"), by and through counsel, Aaron D. Ford, Attorney General, Deputy Attorney General Vivienne Rakowsky, Deputy Attorney General Peter Keegan, and PLAINTIFF **HELEN ARMSTRONG**, by and through counsel, Joel F. Hansen of Hansen & Hansen, LLC., that:

1) The date for Plaintiff to respond to the Defendants' Renewed Motion to Strike Transcripts of Unlawful Telephone Recordings (ECF No. 87) will be continued to July 16, 2019; and

2) State Defendants then have until August 6, 2019 to reply to the Plaintiff's response.

This Stipulation is entered into this 3rd day of July, 2019.

| | |
|---|---|
| **HANSEN & HANSEN, LLC** | **AARON D. FORD,** *Attorney General* |
| /s/ JOEL F. HANSEN | /s/ VIVIENNE RAKOWSKY |
| **JOEL F. HANSEN, ESQ.** <br> Nevada Bar No.: 1876 <br> 9030 W. Cheyenne Ave., #210 <br> Las Vegas, Nevada 89129 <br> (702) 906-1300 <br> *Attorneys for Plaintiff* | **VIVENNE RAKOWSKY** <br> **Deputy Attorney General** <br> Nevada Bar No.: 009160 <br> 555 E. Washington Avenue, Suite 3900 <br> Las Vegas, Nevada 89101 <br> (702) 486-3103 <br> *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**
DATED this 5 day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE