| | |
|---|---|
| 1 | **JOEL F. HANSEN, ESQ.**<br>Nevada Bar No. 1876 |
| 2 | **HANSEN & HANSEN, LLC**<br>9030 W. Cheyenne Ave. #210 |
| 3 | Las Vegas, NV 89129<br>(702) 906-1300: office |
| 4 | (702) 620-5732: facsimile<br>jfhansen@hansenlawyers.com |
| 5 | *Attorney for Plaintiff* |

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

HELEN ARMSTRONG

               Plaintiff,

v.

TERRY REYNOLDS, in his individual capacity and as Deputy Director of Nevada division of Business and Industry; STEVE GEORGE , in his individual capacity and as an administrator of the Nevada Division of Industrial Relations; LANKFORD, in his individual capacity and as Chief Administrative Officer of Nevada OSHA; and LARA PELLEGRINI, in her individual capacity and as Whistleblower Chief Investigator of Nevada OSHA, DOES I through X, unknown individuals, and ROES XI through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown;

               Defendants.

CASE NO.    2:17-cv-02528-APG-CWH

## STIPULATION AND ORDER TO EXTEND TIME TO REPSOND TO DEFENDANTS' RENEWED MOTION TO STRIKE TRANSCRIPTS

IT IS HEREBY STIPULATED AND AGREED by Plaintiff HELEN ARMSTRONG, by and through her attorney, Joel F. Hansen, Esq. of Hansen & Hansen, LLC, and Defendants, TERRY REYNOLDS, Deputy Director of Nevada Department of Business and Industry; STEVE GEORGE, Administrator of the Nevada Division of Industrial Relations; JESS LANKFORD, Chief Administrative Officer of Nevada OSHA, and LARA PELLEGRINI, Whistleblower Chief

1

Investigator of Nevada OSHA (collectively the "State Defendants"), by and through counsel Aaron D. Ford, Attorney General, Deputy Attorney General Vivienne Rakowsky, Deputy Attorney General Peter Keegan, that:

1) The date for Defendant ARMSTRONG to file her opposition to the Motion to Strike Transcripts, which was already continued to July 16, 2019, may be continued for another week until July 23, 2019; and

2) Defendants will then also have an additional week, until August 13, 2019, to file a reply in support of the renewed motion to strike. [#87].

This Stipulation is entered into this 15th day of July 2019.

| | |
|---|---|
| HANSEN & HANSEN, LLC | AARON D. FORD, *Attorney General* |
| /s/ JOEL F. HANSNEN_____ | /s/ VIVIENNE RAKOWSKY_____ |
| JOEL F. HANSEN, ESQ. | VIVIENNE RAKOWSKY |
| Nevada Bar No. 1876 | Deputy Attorney General |
| 9030 W. Cheyenne Ave. #210 | Nevada Bar NO. 009160 |
| Las Vegas, NV 89129 | 555 E. Washington Ave., Ste. 3900 |
| (702) 906-1300 | Las Vegas, NV 89101 |
| *Attorney for Plaintiff* | (702) 486-3103 |
| | *Attorney for Defendants* |

## **ORDER**

IT IS SO ORDERED.

DATED this 15 day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE