UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HELEN ARMSTRONG,

    Plaintiff

v.

TERRY REYNOLDS, et al.,

    Defendants

Case No.: 2:17-cv-02528-APG-CWH

**Order Accepting Report and Recommendation and Dismissing Case**

[ECF Nos. 83, 98, 101]

On October 4, 2019, Magistrate Judge Albregts recommended that I deny plaintiff Helen Armstrong's motion for leave to file a second amended complaint (ECF No. 83) and that I dismiss her case with prejudice. ECF No. 98. Ms. Armstrong objected to that recommendation (ECF No. 99) and also requested leave to file a reply in support of her objection (ECF No. 101).

I have conducted a de novo review of the issues set forth in the Report and Recommendation under Local Rule IB 3-2. Judge Albregts' Report and Recommendation sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own. I have reviewed Ms. Armstrong's proposed reply in support of her objection, but it does not change my analysis. I therefore deny her motion for leave to file a reply

I THEREFORE ORDER that Ms. Armstrong's motion for leave to file a reply **(ECF No. 101) is denied.**

I FURTHER ORDER that the Report and Recommendation **(ECF No. 98) is accepted,** Ms. Armstrong's motion for leave to file a second amended complaint **(ECF No. 83) is denied,**

/ / / /

/ / / /

and this case is DISMISSED with prejudice. The clerk of the court shall enter Judgment accordingly and close this case.

DATED this 21st day of January, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE