**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HELEN ARMSTRONG, | Case No.: 2:17-cv-02528-APG-DJA |
| Plaintiff | **Order on Mandate** |
| v. | |
| TERRY REYNOLDS, et al., | |
| Defendants | |

The United States Court of Appeals for the Ninth Circuit has affirmed in part and reversed in part the order and judgment entered on February 19, 2020.

I THEREFORE ORDER that the mandate be spread upon the records of this Court.

I FURTHER ORDER the parties to confer about how this case should proceed, including the timing of filing a second amended complaint, whether additional discovery is needed, and any deadlines that should be set. By March 31, 2022, the parties must file either a stipulation or separate briefs about how the case should proceed.

DATED this 2nd day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE