Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

Philip Spector, Esq. (*pro hac vice* forthcoming)
MESSING & SPECTOR LLP
1200 Steuart Street, Number 1414
Baltimore, Maryland 21230
Telephone: 202.277.8173

*Attorneys for Plaintiff Helen Armstrong*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HELEN ARMSTRONG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TERRY REYNOLDS, Deputy Director of Nevada Division of Business and industry in his individual capacity; STEVE GEORGE, administrator of the Nevada Division of Industrial Relations in his individual capacity; JESS LANKFORD, Chief Administrative Officer of Nevada OSHA in his individual capacity; and LARA PELLEGRINI, Whistleblower Chief Investigator of Nevada OSHA in her individual capacity; DOES I through X, unknown individuals, and ROES xi through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown,<br><br>　　　　　Defendants. | CASE NO.: 2:17-cv-02528-APG-DJA<br><br>**STIPULATION AND ORDER REGARDING DEADLINE TO FILE SECOND AMENDED COMPLAINT AND DISCOVERY SCHEDULE** |

/ / /

1

1  Plaintiff Helen Armstrong ("Plaintiff"), by and through the law firm of PISANELLI BICE
2  PLLC, and Defendants Terry Reynolds, Steve George, Jess Lankford, and Lara Pellegrini
3  ("Defendants"), by and through their legal counsel, Nevada Attorney General Aaron D. Ford, and
4  his Chief Deputy Attorney General Michelle D. Briggs, and his Deputy Attorney General Louis
5  V. Csoka, hereby submit the following stipulation in compliance with the Court's Order on
6  Mandate, entered on March 2, 2022, subject to the Court's approval:

7  1.  Following the Court's Order on Mandate, the parties met and conferred on March
8  16, 2022 about how this case should proceed;

9  2.  The parties agree that Plaintiff shall have until May 16, 2022 to file a Second
10 Amended Complaint;

11 3.  The parties agree that discovery is necessary and appropriate;

12 4.  The parties agree that the standard discovery period of 180 days as set forth in LR
13 26-1(b) is appropriate.  Once Defendants' answer to Plaintiff's Second Amended Complaint has
14 been filed, the parties will submit a Stipulated Discovery Plan and Scheduling Order consistent
15 with LR 26-1(b).
16 / / /

1   DATED this 31st day of March 2022.

2   PISANELLI BICE PLLC                                    AARON D. FORD
                                                           Attorney General
3

4   By:   /s/ Emily A. Buchwald                            By:   /s/ Louis V. Csoka
        Todd L. Bice, Esq., #4534                              Michelle D. Briggs, #7617
        Debra L. Spinelli, Esq., #9695                         Louis V. Csoka, #7667
5       Jordan T. Smith, Esq., #12097                         STATE OF NEVADA
        Emily A. Buchwald, Esq., #13442                       Office of the Attorney General
6       400 South 7th Street, Suite 300                       555 E. Washington Avenue, Suite 3900
        Las Vegas, Nevada 89101                               Las Vegas, Nevada 89101
7
        Philip Spector, Esq. (*pro hac vice* forthcoming)    *Attorneys for Defendants*
8       MESSING & SPECTOR LLP
        1200 Steuart Street, Number 1414
9       Baltimore, Maryland 21230
        Telephone:202.277.8173
10
    *Attorneys for Plaintiff Helen Armstrong*
11

12

13                                    **ORDER**

14      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the parties'

15  stipulation above, Plaintiff shall file her Second Amended Complaint on or before May 16, 2022.

16      I FURTHER ORDER the clerk of court to reopen this
        case.
17      _____
        UNITED STATES DISTRICT COURT JUDGE
18      DATED:  April 21, 2022
19      CASE NO.   2:17-cv-02528-APG-DJA

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of PISANELLI BICE PLLC and that, on this 31st day of March 2022, I caused to be served the above and foregoing **[PROPOSED] STIPULATION AND ORDER REGARDING DEADLINE TO FILE SECOND AMENDED COMPLAINT AND DISCOVERY SCHEDULE** to all parties registered for CM/ECF service in this matter.

Aaron D. Ford, Attorney General
Michelle D. Briggs, Chief Deputy Attorney General
Louis V. Csoka, Deputy Attorney General
STATE OF NEVADA
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

*Attorneys for Defendants*

/s/ Cinda Towne
An employee of PISANELLI BICE PLLC