1  Todd L. Bice, Esq., Bar No. 4534
   TLB@pisanellibice.com
2  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
3  Jordan T. Smith, Esq., Bar No. 12097
   JTS@pisanellibice.com
4  Emily A. Buchwald, Esq., Bar No. 13442
   EAB@pisanellibice.com
5  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
6  Las Vegas, Nevada 89101
   Telephone: 702.214.2100
7
   Philip Spector, Esq. (*pro hac vice* forthcoming)
8  MESSING & SPECTOR LLP
   1200 Steuart Street, Number 1414
9  Baltimore, Maryland 21230
   Telephone: 202.277.8173
10
   *Attorneys for Plaintiff Helen Armstrong*
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HELEN ARMSTRONG, | CASE NO.: 2:17-cv-02528-APG-DJA |
| Plaintiff, | |
| v. | **[PROPOSED]** **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE SECOND AMENDED COMPLAINT** |
| TERRY REYNOLDS, Deputy Director of Nevada Division of Business and industry in his individual capacity; STEVE GEORGE, administrator of the Nevada Division of Industrial Relations in his individual capacity; JESS LANKFORD, Chief Administrative Officer of Nevada OSHA in his individual capacity; and LARA PELLEGRINI, Whistleblower Chief Investigator of Nevada OSHA in her individual capacity; DOES I through X, unknown individuals, and ROES xi through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown, | |
| Defendants. | |

26  / / /

1

Plaintiff Helen Armstrong ("Plaintiff"), by and through the law firm of PISANELLI BICE PLLC, and Defendants Terry Reynolds, Steve George, Jess Lankford, and Lara Pellegrini ("Defendants"), by and through their legal counsel, Nevada Attorney General Aaron D. Ford, and his Chief Deputy Attorney General Michelle D. Briggs, and his Deputy Attorney General Louis V. Csoka, hereby submit the following stipulation, subject to the Court's approval:

1. The parties agree that Plaintiff shall have until May 31, 2022, to file a Second Amended Complaint;

DATED this 12th day of May 2022.

| PISANELLI BICE PLLC | AARON D. FORD |
| --- | --- |
| | Attorney General |
| By: /s/ Emily A. Buchwald | By: /s/ Michelle D. Briggs |
| Todd L. Bice, Esq., #4534 | Michelle D. Briggs, #7617 |
| Debra L. Spinelli, Esq., #9695 | Louis V. Csoka, #7667 |
| Jordan T. Smith, Esq., #12097 | STATE OF NEVADA |
| Emily A. Buchwald, Esq., #13442 | Office of the Attorney General |
| 400 South 7th Street, Suite 300 | 555 E. Washington Avenue, Suite 3900 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Philip Spector, Esq. (*pro hac vice* forthcoming) | *Attorneys for Defendants* |
| MESSING & SPECTOR LLP | |
| 1200 Steuart Street, Number 1414 | |
| Baltimore, Maryland 21230 | |
| Telephone:202.277.8173 | |

*Attorneys for Plaintiff Helen Armstrong*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the parties' stipulation above, Plaintiff shall file her Second Amended Complaint on or before May 31, 2022.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: May 13, 2022