Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

*Attorneys for Plaintiff Helen Armstrong*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HELEN ARMSTRONG,<br><br>                    Plaintiff,<br><br>v.<br><br>TERRY REYNOLDS, Deputy Director of Nevada Division of Business and industry in his individual capacity; STEVE GEORGE, administrator of the Nevada Division of Industrial Relations in his individual capacity; JESS LANKFORD, Chief Administrative Officer of Nevada OSHA in his individual capacity; and LARA PELLEGRINI, Whistleblower Chief Investigator of Nevada OSHA in her individual capacity; DOES I through X, unknown individuals, and ROES xi through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown,<br><br>                    Defendants. | CASE NO.:  2:17-cv-02528-APG-DJA<br><br>**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION AND DESIGNATION OF LOCAL COUNSEL** |

Plaintiff Helen Armstrong, by and through the law firm of PISANELLI BICE PLLC, hereby requests an extension of time for the filing of the Verified Petition and Designation of Local Counsel of Counsel Phillip Spector until July 16, 2022.

On June 2, 2022, the Court issued a Notice to Counsel Pursuant to Local Rule IA 11-2 ordering Counsel Phillip Spector to comply with completion and filing of the Verified Petition and Designation of Local Counsel by June 16, 2022. Counsel has sent for the required Certificates

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

from the clerk of the supreme court or highest admitting court of each of the three states in which the applicant has been admitted to practice law (District of Columbia, Maryland and Pennsylvania). However, as of the time of this filing this motion, Counsel has received only two of those Certificates. These Certificates are necessary to complete and file the Verified Petition with the Court.

Plaintiff therefore respectfully requests an additional thirty (30) days until July 16, 2022 for Counsel Phillip Spector to file the Verified Petition and Designation of Local Counsel. Counsel will file his Verified Petition along with the Certificates promptly after receiving all three Certificates from the respective courts. Counsel will not appear on any documents until the Verified Petition is submitted and approved.

DATED this 16th day of June 2022.

PISANELLI BICE PLLC

By:   /s/ Debra L. Spinelli
Todd L. Bice, Esq., #4534
Debra L. Spinelli, Esq., #9695
Jordan T. Smith, Esq., #12097
Emily A. Buchwald, Esq., #13442
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Helen Armstrong*

IT IS SO ORDERED:

Dated:_____June 17, 2022_____

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

2