1  Todd L. Bice, Esq., Bar No. 4534
   TLB@pisanellibice.com
2  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
3  Jordan T. Smith, Esq., Bar No. 12097
   JTS@pisanellibice.com
4  Emily A. Buchwald, Esq., Bar No. 13442
   EAB@pisanellibice.com
5  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
6  Las Vegas, Nevada 89101
   Telephone: 702.214.2100
7
8  Philip Spector, Esq. (Admitted *pro hac vice*)
   MESSING & SPECTOR LLP
9  145 West Ostend Street, Suite 600
   Baltimore, Maryland 21230
   Telephone: 202.277.8173
10
11 John Napier Tye (Admitted *pro hac vice*)
   WHISTLEBLOWER AID
12 1250 Connecticut Ave. NW, Suite 700
   Washington, D.C. 20036
13 Telephone: 203.676.7956

*Attorneys for Plaintiff Helen Armstrong*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HELEN ARMSTRONG, <br><br> Plaintiff, <br><br> v. <br><br> TERRY REYNOLDS, Deputy Director of Nevada Division of Business and industry in his individual capacity; STEVE GEORGE, administrator of the Nevada Division of Industrial Relations in his individual capacity; JESS LANKFORD, Chief Administrative Officer of Nevada OSHA in his individual capacity; and LARA PELLEGRINI, Whistleblower Chief Investigator of Nevada OSHA in her individual capacity; DOES I through X, unknown individuals, and ROES xi through XX, entities, government agencies, corporations, or other companies and/or businesses currently unknown, <br><br> Defendants. | CASE NO.: 2:17-cv-02528-APG-DJA <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff Helen Armstrong ("Plaintiff"), by and through the law firm of PISANELLI BICE PLLC, Defendants Terry Reynolds ("Reynolds"), Steve George ("George") and Lara Pellegrini ("Pellegrini"), by and through their legal counsel, Nevada Attorney General Aaron D. Ford, and his Chief Deputy Attorney General Michelle D. Briggs, and his Deputy Attorney General Louis V. Csoka, and Defendant Jess Lankford ("Lankford"), by and through the law firm of MCNUTT LAW FIRM, hereby stipulate and agree that all claims brought by all parties in the above entitled action shall be dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 3rd day of January 2023.

| PISANELLI BICE PLLC | AARON D. FORD<br>Attorney General |
|---|---|
| By:   /s/ Emily A. Buchwald<br>     Todd L. Bice, Esq., #4534<br>     Debra L. Spinelli, Esq., #9695<br>     Jordan T. Smith, Esq., #12097<br>     Emily A. Buchwald, Esq., #13442<br>     400 South 7th Street, Suite 300<br>     Las Vegas, Nevada 89101 | By:   /s/ Michelle D. Briggs<br>     Michelle D. Briggs, #7617<br>     Louis V. Csoka, #7667<br>     STATE OF NEVADA<br>     Office of the Attorney General<br>     555 E. Washington Avenue, Suite 3900<br>     Las Vegas, Nevada 89101 |
| Philip Spector, Esq. (Admitted *pro hac vice*)<br>MESSING & SPECTOR LLP<br>145 West Ostend Street Suite 600<br>Baltimore, Maryland 21230<br>Telephone:202.277.8173 | *Attorneys for Defendants Terry Reynolds, Steve George, and Lara Pellegrini*<br><br>MCNUTT LAW FIRM, P.C. |
| John Napier Tye, Esq. (Admitted *pro hac vice*)<br>Whistleblower Aid<br>1250 Connecticut Ave NW<br>Washington, District of Columbia 20036<br>Telephone: 203.676.7956 | By:   /s/ Matthew C. Wolf<br>     Dan McNutt, Esq., #7815<br>     Matthew C. Wolf, Esq., #10801<br>     11441 Allerton Park Drive, Suite 100<br>     Las Vegas, NV  89135 |
| *Attorneys for Plaintiff Helen Armstrong* | *Attorneys for Defendant Jess Lankford* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:   January 4, 2023
CASE NO.   2:17-cv-02528-APG-DJA